UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PAULA MARAS-ROBERTS, )<br>　　　Plaintiff, )<br> )<br>　vs. )<br> )<br>DONALD R. PHILLIPPE, Anderson City )<br>Court Judge, in his individual capacity, )<br>　　　Defendant. ) | | 1:05-cv-1148-SEB-JMS |

## JUDGMENT

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff. Each party shall bear its own costs. IT IS SO ORDERED.

Date: ____04/27/2007_____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SARAH EVANS BARKER, JUDGE
　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Copies to:

David A. Arthur
INDIANA STATE ATTORNEY GENERAL
David.Arthur@atg.in.gov

Eric James Beaver
INDIANA STATE ATTORNEY GENERAL
eric.beaver@atg.in.gov

Patricia Orloff Erdmann
INDIANA STATE ATTORNEY GENERAL
Patricia.Erdmann@atg.in.gov

Robb Alan Minich
MICHAEL K. SUTHERLIN & ASSOCIATES
robbminich@hotmail.com

Michael K. Sutherlin
MICHAEL K. SUTHERLIN & ASSOCIATES, PC
msutherlin@michaelsutherlin.com